

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

January 15, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/22/2015 3:43:31 PM

CHRISTOPHER A. PRINE
Clerk

DAVID L GARZA
ATTORNEY OF RECORD
102 S LOCKWOOD
HOUSTON, TX 77011

Defendant's Name: MASHOOD UDDIN

Cause No: 1420756

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1-12-15
**Sentence Imposed Date:** 1-12-15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: DAVID L GARZA**

Sincerely,

L-Arriaga
Criminal Post/Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

RENEE REAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. _1420756_

# THE STATE OF TEXAS

**V.**

_Mashood Uddin_ , A/K/A/ _____

_179th_ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**   _22/999,998/__
_13/993,992/_

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On _January 12, 2015_ (date), the defendant in the above numbered and styled cause gave NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

_January 12, 2015_
**Date**

_Mashood Uddin_
**Defendant (Printed name)**

**Attorney (Signature)**

_Wilvin J. Carter_
**Attorney (Printed name)**

_24045622_
**State Bar Number**

_PO Box 552 Missouri City TX 77459_
**Address**

_713.454.9890_
**Telephone Number**

*FILED — Chris Daniel District Clerk — JAN 12 2015 — Time: — By: — Harris County, Texas — Deputy*

**The defendant (check all that apply):**

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _MASHOOD UDDIN_
**Defendant (Signature)**

_Mashood Uddin_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____   JAN 12 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

JAN 1 3 2015

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☑ _____ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

        ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set.

    ☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED:     JAN 1 3 2015

JUDGE PRESIDING,
____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS



Cause No. 1420956

THE STATE OF TEXAS

v.

Mashood Uddin, Defendant

IN THE 179TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

\_\_\_ this certification is made subsequent to a revocation of probation or adjudication of guilt.

_____      1-12-15
Judge                         Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X   MASHOOD UDDIN
Defendant

Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: 24045622

Mailing Address: PO Box 552 77485

Telephone number: 7.454.9890

Fax number: _____

FILED
Chris Daniel
District Clerk
Time: JAN 12 2015
By
Harris County, Texas

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

# APPEAL CARD

*14th*

Court **179** **3-13-15**

Cause No. **1420752**

## The State of Texas

**Vs**

Uddin, Mashood

*1-12-15*

Date Notice
Of Appeal: **JAN 12 2015**

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding _Hon Kristin Guiney_
Court Reporter _Renee Peagan_
Court Reporter _____
Court Reporter _____

Attorney
on Trail _Wilvin Carter & Tyrone Moncriffe_

Attorney
on Appeal _David L. Garza_

Appointed_____ ✓ Hired_____

Offense _Agg Kidnapping_

Jury Trail: Yes___ ✓ No_____

Punishment
Assessed _8 YRS TDC_

Companion Cases
(If Known)_____

Amount of
~~Appeal Bond~~ _Ø_

Appellant
Confined: Yes___ ✓ No_____

Date Submitted
To Appeal Section **JAN 13 2015**

Deputy Clerk_____